# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: In re: Avraham Sofer, et al            Docket No.: 14-3464-BK

Lead Counsel of Record (name/firm) or Pro se Party (name): Abraham Neuhaus, Neuhaus & Yacoob LLC

Appearance for (party/designation): Appellant Adar 980 Realty LLC

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
( ) Correct
(✔) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
   Parties:
( ) Incorrect. Please change the following parties' designations:
   Party                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
( ) Correct
(✔) Incorrect or Incomplete, and should be amended as follows:

Name: Abraham Neuhaus
Firm: Neuhaus & Yacoob LLC
Address: 1222 Avenue M, Suite 207, Brooklyn, New York 11230
Telephone: (718) 975-1123            Fax: (646) 349-1381
Email: an@neuyac.com; neuyac@gmail.com

## RELATED CASES

(✔) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are:

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are:

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /S/ Abraham Neuhaus
Type or Print Name: Abraham Neuhaus
      OR
Signature of pro se litigant:
Type or Print Name:
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

# CORRECTED CAPTION PAGE

Corrected Short Title:

In re: Avraham Sofer, et al.

Corrected Caption:

Below is the District Court Caption Reflecting a Consolidated Appeal/Action

| | |
|---|---|
| ADAR 980 REALTY LLC,<br><br>                                    Appellant,<br>      - against -<br><br>AVRAHAM SOFER, 1040 MANAGEMENT LLC,<br><br>                                    Appellees.<br><br>AVRAHAM SOFER, Debtor,<br>1040 MANAGEMENT LLC, Debtor. | Case No.14-cv-02977-ARR |
| ADAR 980 REALTY LLC,<br><br>                                    Appellant,<br>      - against -<br><br>AVRAHAM SOFER and RICHARD J. McCORD,<br><br>                                    Appellees.<br><br>AVRAHAM SOFER, Debtor,<br>RICHARD J. McCORD, Trustee. | Case No.14-cv-03031-ARR |