# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT | | |
|---|---|---|
| **CASE TITLE**<br>In re: Avraham Sofer, et al | **DISTRICT**<br>E.D.N.Y. | **DOCKET NUMBER**<br>14-3464BK |
| | **JUDGE**<br>Judge Allyne Ross, U.S.D.J. | **APPELLANT**<br>Adar 980 Realty LLC |
| | **COURT REPORTER**<br>N/A | **COUNSEL FOR APPELLANT**<br>Abraham Neuhaus |

**Check the applicable provision:**

☐ I am ordering a transcript.
☑ I am not ordering a transcript

**Reason for not ordering a transcript:**

☐ Copy is already available
☑ No transcribed proceedings
☐ Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

N/A

**METHOD OF PAYMENT**   ☐ Funds   ☐ CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS
☐ PREPARE TRANSCRIPT OF TRIAL
☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS
☐ OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO:** (COUNSEL'S NAME, ADDRESS, TELEPHONE)

**I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. See FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.**

| COUNSEL'S SIGNATURE | DATE |
|---|---|
| /S/ Abraham Neuhaus | September 30, 2014 |

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| | | |
| **SIGNATURE OF COURT REPORTED** | | **DATE** |