## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Docket Number 14-3464

ADAR 980 REALTY LLC,

         Appellant,

   - against -

AVRAHAM SOFER, 1040 MANAGEMENT LLC,

         Appellees.

AVRAHAM SOFER, Debtor,

1040 MANAGEMENT LLC, Debtor.

ADAR 980 REALTY LLC,

         Appellant,

   - against -

AVRAHAM SOFER and RICHARD J. McCORD,

         Appellees.

AVRAHAM SOFER, Debtor,

RICHARD J. McCORD, Trustee.

## **CERTIFICATE OF SERVICE**

  Abraham Neuhaus, of the firm Neuhaus & Yacoob LLC, hereby declares pursuant to 28 U.S.C. § 1746:

  1. I am a member of the bar of this Court and counsel of record for appellant Adar 980 Realty LLC.

  2. On October 2, 2014, I caused to be served true copies of appellant's Acknowledgement and Notice of Appearance, Form C, Form D, and Local Rule 31.2 Letter, to the following parties and counsel:

       Avraham Sofer

1

1025 East 13th Street
Brooklyn, NY 11230-4260
*Appellee pro se*
Via: First class mail and email

Jon A. Lefkowitz, Esq.
1222 Avenue M, Suite 204
Brooklyn, New York 11230
*Counsel for Appellee Debtor 1040 Management LLC*
Via: Personal delivery and email

Richard J. McCord, Esq.
Certilman Balin Adler &Hyman
90 Merrick Avenue
East Meadow, NY 11554
*Counsel for Appellee Richard J. McCord,*
*Chapter 7 trustee of the estate of Avraham Sofer*
Via: First class mail and email

Jordan C. Pilevsky, Esq.
Lamonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue
Wantagh, New York 11793
*Counsel for Appellee Lori Lapin Jones,*
*Chapter 7 trustee of the estate of 1040 Management, LLC*
Via: First class mail and email

Dated: Brooklyn, New York
October 2, 2014

    /S/ Abraham Neuhaus
Abraham Neuhaus, Esq.
NEUHAUS & YACOOB LLC
Attorneys for appellant Adar 980 Realty LLC
1222 Avenue M, Suite 207
Brooklyn, New York 11230
(718) 975-1123

2